# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3044

_____

Sherri P. Gibson,                          *
                                           *
            Appellant,                     *
                                           *   Appeal from the United States
       v.                                  *   District Court for the
                                           *   Western District of Missouri.
Kenneth S. Apfel, Commissioner of          *        [UNPUBLISHED]
Social Security,                           *
                                           *
            Appellee.                      *

_____

Submitted:   March 2, 1999

Filed:   March 5, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Sherri P. Gibson appeals the district court's[1] order dismissing as untimely her complaint seeking review of the Social Security Commissioner's decision to deny her application for supplemental security income. Having reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an opinion

_____

[1]The Honorable D. Brook Bartlett, Chief Judge, United States District Court for the Western District of Missouri.

would lack precedential value.  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.